UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NORMAN PETE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-3403** |
| **ROBERT C. TANNER, WARDEN** | **SECTION "N"(3)** |

### ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on May 14, 2015 (Rec. Doc. No. 29), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the petition of Norman Pete for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 26th day of May, 2015.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE